1
DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
2
139 W. El Portal Dr.; Suite D
Merced, CA  95348
3
Telephone: (209) 691-7280
Fax: (209) 691-7290
4

Attorney for Defendant
5
JOEL JOSE RUEDA

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10      UNITED STATES OF AMERICA,              Case No. 1:19-CR-00198-NONE

11                        Plaintiff,

12      vs.

13      _____,

        JOEL JOSE RUEDA
14                        Defendant.

15      _____

16      **TO:    MCGREGOR SCOTT, UNITED STATES ATTORNEY, AND JUSTIN GILIO,
           COUNSEL FOR PLAINTIFF:**
17

18            IT IS HEREBY STIPULATED by and between the parties hereto, through their

19      respective counsel, that the sentencing hearing in the above-captioned matter now set for

20      September 10, 2020 may be continued to November 12, 2020 at 9:30 a.m.

21            Defense counsel is currently developing mitigation evidence. A portion of this evidence

22      involves the presentation of medical information about defendant relevant to sentencing factors.

23      To properly develop this evidence, certain basic medical tests must be performed. Due to

24      uncertainty about close contact jail visits during the pandemic as well as restrictions imposed by

25      the Fresno County Jail, defense counsel has not been able to complete these tests. Once the tests

26      are completed, the remainder of the mitigation case will proceed expeditiously.

27

28

1         Counsel for government and the assigned USPO have no objection to the requested date.

2    As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

3

4

5                                   Respectfully submitted,

6                                   McGREGOR SCOTT
                               United States Attorney

7

8    DATED:                          */s/*_____
                               JUSTIN GILIO

9                                   Assistant United States Attorney
                               Attorney for Plaintiff

10

11

12

13   DATED:  May 27, 2020            */s/*_____
                               DOUGLAS C. FOSTER

14                                  Law Offices of Douglas C. Foster
                               Attorney for Defendant

15                                  JOEL JOSE RUEDA

16

17

18                              **O R D E R**

19        IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be

20   continued to November 12, 2020 at 9:30 a.m.

21

22   IT IS SO ORDERED.

23      Dated:   **September 1, 2020**                _____

24                                  UNITED STATES DISTRICT JUDGE

25

26

27

28