DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JOEL JOSE RUEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00198-NONE |
|---|---|
| Plaintiff, | |
| vs. | |
| _____, JOEL JOSE RUEDA    Defendant. | |

**TO: MCGREGOR SCOTT, UNITED STATES ATTORNEY, AND JUSTIN GILIO, COUNSEL FOR PLAINTIFF:**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for November 12, 2020 may be continued to January 22, 2021 at 9:30 a.m.

Defense counsel is currently developing mitigation evidence. A portion of this evidence involves the presentation of medical information about defendant relevant to sentencing factors. To properly develop this evidence, certain basic medical tests must be performed. Due to uncertainty about close contact jail visits during the pandemic as well as restrictions imposed by the Fresno County Jail, defense counsel has not been able to complete these tests. Once the tests are completed, the remainder of the mitigation case will proceed expeditiously.

Counsel for government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: 11/10/20

/s/
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

DATED: November 10, 2020

/s/ Douglas C. Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
JOEL JOSE RUEDA

# **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to January 22, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **November 10, 2020**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE